UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re:                                           A REORGANIZATION CASE
                                                 UNDER CHAPTER 11
    Bush Industries, Inc.,
                                                     Case No. 04-12295
                        Debtor

_____

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

Filed by __Ted Hunt__ on __July 20, 2004__

The Court has approved a disclosure statement with respect to the plan. The disclosure statement provides information to assist you in deciding how to vote your ballot. If you do not have a disclosure statement, you may obtain a copy from Garry M. Graber, Esq., Hodgson Russ LLP, c/o Bonnie O'Malley, One M&T Plaza, Suite 2000, Buffalo, New York 14203, telephone: (716) 848-1645, fax: (716) 849-0349. Court approval of the disclosure statement does not indicate approval of the plan by the Court.

You should review the disclosure statement and plan before you vote. You may wish to seek legal advice concerning the plan and your classification and treatment under the plan. Your claim or security interest has been placed in Class 3 under the plan.

If your ballot is not received by the U.S. Bankruptcy Court at the address below on or before **July 27, 2004 at 9:00 a.m.**, the date and time that the confirmation hearing will commence, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.

If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, holder of a Class 3 claim against the Debtor in the unpaid principal amount of $__2,300.00__.

[Check One Box Only]

[X] ACCEPTS THE PLAN                          [ ] REJECTS THE PLAN

Dated: __7/20/04__            Print or type name: __Ted Hunt__
                              Signed: __Ted Hunt__
Return this Ballot to:        (If appropriate) By: _____
Clerk, U.S. Bankruptcy Court  As: _____
Olympic Towers                Address: __12815 164th Ave KPN__
300 Pearl Street                       __Gig Harbor, WA 98329__
Suite 250
Buffalo, NY 14202

FILED
JUL 26 2004
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-04-12295-CLB, Doc 422, Filed 07/26/04, Entered 07/26/04 12:49:45, Description: Main Document, Page 1 of 1